
FILED
DISTRICT COURT OF GUAM
JAN 03 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER M. ESPINOSA, et al.,<br><br>Defendants. | CRIMINAL CASE NO. **05-00053-005**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **PHILIP J. TYDINGCO** is appointed to represent defendant **JONATHAN E. CANOVAS** in the above-entitled case.

Dated this 3RD day of January, 2006.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**