# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   vs.<br><br>Jonathan E. Canovas,<br><br>          Defendant. | Case No. 1:05-cr-00053-005<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and Order Setting Conditions of Release filed January 3, 2006*, on the dates indicated below:

| *U.S. Attorney's* | *Philip J. Tydingco* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *January 4, 2006* | *January 6, 2006* | *January 4, 2006* | *January 5, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and Order Setting Conditions of Release filed January 3, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 6, 2006                           /s/ Marilyn B. Alcon
                                                                Deputy Clerk