FILED
DISTRICT COURT OF GUAM
FEB - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>  vs.<br><br>CHRISTOPHER M. ESPINOSA,<br>JONATHAN E. CANOVAS, and<br>BRIAN WILLIAM ELM,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053<br><br><br>**ORDER** |

On January 30, 2006, this case was referred to the below-signed Magistrate Judge for a determination as to whether the facility where the above defendants are presently detained adequately permits defense counsel to confer with their clients. The Court hereby advises the parties it will conduct a site visit to the Federal Detention Center on February 8, 2006, at 10:00 a.m. A representative from the United States Marshal Service ("USMS") shall participate in the site visit in the event the Court has any questions about the USMS contract with the Guam Department of Corrections. Additionally, counsel for the parties who wish to accompany the Court on this visit are welcome to do so.

SO ORDERED this _3rd_ day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge