IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053-005          DATE: 02/22/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon                                      Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:36:42 - 11:13:17**          CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: JONATHAN E. CANOVAS**                        **ATTY: PHILLIP J. TYDINGCO**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD                      AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION: CARLEEN BORJA / JUDY OCAMPO          U.S. MARSHAL: NONE PRESENT

INTERPRETER: _____  ( ) SWORN    LANGUAGE: _____

***

**PROCEEDINGS: CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: 25   HIGH SCHOOL COMPLETED: 2 YEARS COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT I - SECOND SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: FEBRUARY 21, 2006  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: MAY 2, 2006 at 2:30 P.M.
( ) PRESENTENCE REPORT DUE TO PARTIES: _____    DUE TO COURT:

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
Government counsel moved under Rule 15 for consolidation of Criminal Case No. 06-00008 for the purpose of conducting today's hearing. No objection. GRANTED.

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court and the parties amended the plea agreement. The Court executed the report and recommendation concerning defendant's plea of guilty.