1

2

3  **FILED**

4  DISTRICT COURT OF GUAM

5  FEB 22 2006

6  MARY L.M. MORAN
   CLERK OF COURT

7

8      IN THE UNITED STATES DISTRICT COURT

9      FOR THE TERRITORY OF GUAM

10

11 UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 05-00053 and
                                    )   CRIMINAL CASE NO. 06-00008
                      Plaintiff,    )
12                                  )   **REPORT AND RECOMMENDATION**
           vs.                      )   **CONCERNING PLEAS OF GUILTY**
13                                  )   **IN A FELONY CASE**
   JONATHAN E. CANOVAS,             )
14                                  )
                      Defendant.    )
15 _____ )

16

17      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R.

18 Crim. P., and has entered pleas of guilty to Count I of the Second Superseding Indictment in

19 Criminal Case No. 05-00061, charging him with Conspiracy to Distribute over 100 grams of

20 Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii),

21 and 846, and to an Information in Criminal Case No. 06-00008 charging him with Money

22 Laundering, in violation of 18 U.S.C. §§ 2 and 1956(a)(1)(A)(i).  After examining the defendant

23 under oath, I have determined that the defendant is fully competent and capable of entering

24 informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and

25 that the offenses charged are supported by an independent bases in fact establishing each of the

26 ///

27 ///      ORIGINAL

28 ///

1 | essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted

2 | and that the defendant be adjudged guilty and have sentence imposed accordingly.

3 | IT IS SO RECOMMENDED.

4 | DATED this 22nd day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within
ten (10) days from the date of its service shall bar an aggrieved party from
attacking such Report and Recommendation before the assigned United States
District Judge. 28 U.S.C. § 636(b)(1)(B).**