FILED

DISTRICT COURT OF GUAM

MAR 1 0 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00053 and |
| | ) CRIMINAL CASE NO. 06-00008 |
| Plaintiff, | ) |
| | ) **ORDER ACCEPTING PLEAS OF GUILTY** |
| vs. | ) **AND ADJUDICATING GUILT, AND** |
| | ) **NOTICE OF STATUS CONFERENCE** |
| JONATHAN E. CANOVAS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to

which there has been no timely objection, the pleas of guilty of the Defendant to Count I of the

Second Superseding Indictment in Criminal Case No. 05-00053, charging him with Conspiracy

to Distribute over 100 grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C.

§§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and to an Information in Criminal Case No. 06-00008

charging him with Money Laundering, in violation of 18 U.S.C. §§ 2 and 1956(a)(1)(A)(i), are

///

///

///

///

///

///

ORIGINAL

1   now Accepted and the Defendant is Adjudged Guilty of such offenses.  All parties shall appear

2   before this Court for status conference on **May 12, 2006** at **2:30 p.m.**.

3          IT IS SO ORDERED.

4          DATED this 6th day of March 2006.

```
                                        _____
                                        JAMES L. ROBART*
                                        District Judge
```

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
―――――――――――――――

    *  The Honorable James L. Robart, United States District Judge for the Western District
28  of Washington, sitting by designation.