PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053-005 |
| Plaintiff, | STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE |
| vs. | |
| JONATHAN E. CANOVAS | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Phillip J. Tydingco, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for August 31, 2006, at 9:00a.m. The parties request the sentencing date be continued because the defendant's counsel will be defending another client accused of rape in a jury trial before the Superior Court of Guam on that date. The parties are requesting that the sentencing date be continued or extended by at least three weeks or more.

Alternate Public Defender:
Attorneys for Defendant

_____
PHILLIP J. TYDINGCO

Dated: 8/4/06

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

Dated: 8-4-06