PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

FILED
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN E. CANOVAS<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053-005<br><br>ORDER |

Pursuant to the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing of the above Defendant, presently set for August 31, 2006, is continued until Wednesday, September 20, 2006, at 10:15 a.m. before the Honorable Morrison C. England, United States District Judge for the Eastern District of California, who will be sitting by designation.

August 9, 2006
Date

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL