1  **PHILLIP J. TYDINGCO**
   **ALTERNATE PUBLIC DEFENDER**
2  Suite 902, Pacific News Building
   238 AFC Flores Street
3  Hagåtña, Guam 96910
   Telephone: (671) 475-3234
4  Facsimile: (671) 475-3238



FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

5  Attorney for Defendant Canovas

6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE TERRITORY OF GUAM

8

9  UNITED STATES OF AMERICA,           )  CRIMINAL CASE NO. 05-00053
                                       )
10                       Plaintiff,    )
                                       )
11        vs.                          )
                                       )              **ORDER**
                                       )
12  JONATHAN E. CANOVAS                )
                         Defendant.    )

13

14        Based on the defendant's motion to continue sentencing date herein,

15        **IT IS HEREBY ORDERED** that the sentencing date of Jonathan E. Canovas, currently

16  scheduled for September 20, 2006, be continued to Tuesday, October 10, 2006, at 10:00 a.m.

17        Dated this 18th day of September 2006.

18

19                                     _____
                                       JOAQUIN V.E. MANIBUSAN, JR.
20                                     United States Magistrate Judge
                                       District Court of Guam

21

22

# ORIGINAL