PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

FILED
DISTRICT COURT OF GUAM
OCT -5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN E. CANOVAS<br>　　　　　　　　　Defendant. | CRIMINAL CASE NO. **05-00053-005**<br><br>MOTION ALLOW TELEPHONIC TESTIMONY OF U.S. POSTAL INSPECTOR CRAIG M. HALES, U.S. POSTAL SERVICE |

COMES NOW the Defendant, JONATHAN E. CANOVAS, by and through his counsel, Phillip J. Tydingco of the Alternate Public Defender Office, and hereby respectfully moves this Honorable Court to permit Postal Inspector Craig M. Hales of the U.S. Postal Service to provide testimony via the telephone at the Defendant's Sentencing Hearing scheduled for October 10, 2006.

Respectfully submitted this 5th day of October, 2006.

ALTERNATE PUBLIC DEFENDER:
Attorneys for Defendant Jonathan E. Canovas

*/s/ Phillip J. Tydingco*
PHILLIP J. TYDINGCO