PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagåtña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-0053-05 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| JONATHAN E. CANOVAS ) | |
| Defendant. ) | |

Based on the defendant's motion to continue sentencing date herein,

**IT IS HEREBY ORDERED** that the sentencing date of Jonathan E. Canovas currently scheduled for October 10, 2006 at 10:00 am, be continued to October 12, 2006 at 9:30 a.m.

Dated: Hagatna, Guam, Oct 9, 2006.

JOHN C. COUGHENOUR*
District Court of Guam

---

*The Honorable John C. Coughenour, United States Senior District Judge for the Western District of Washington, by designation.