ORIGINAL

joncanovas5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN E. CANOVAS,<br><br>Defendant. | CRIMINAL CASE NO. 05-00053<br><br>GOVERNMENT'S STATEMENT ADOPTING PRESENTENCE REPORT, MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE AND MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE |

      Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

      The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 120 months, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

      The government is filing under seal a separate sentencing memorandum concerning the

//
//
//
//

details of that cooperation. The government is recommending that defendant receive a sentence of 151 months incarceration.

RESPECTFULLY SUBMITTED this ___10th___ day of October, 20006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney