jonathancanovasdism

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **COUNT VI OF SECOND** |
| | ) **SUPERSEDING INDICTMENT** |
| JONATHAN E. CANOVAS, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count VI of the Second Superseding Indictment in the above cause against defendant, JONATHAN E. CANOVAS, be dismissed, without prejudice, for the reason that the defendant has plead guilty to Count I and sentenced on October 12, 2006.

Respectfully submitted this 12th day of October 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney