UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date 10/12/06

---
### SENTENCING MINUTES          9:28:55 - 10:12:30
---

CASE NO. CR05-53C    U. S. v. Jonathan E. Canovas

U.S. Atty: Johnson    Deft. Atty: Tydingco

USPO M. Cruz    Intrp. _____

Guideline range determined by the court: Total Offense Level____
Criminal History Category____ Imprisonment range:_____ months
Supervised release range_____    Fine range:_____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF 24 months - Concurrent to Criminal Case no. 06-00008.
(✓) SUPERVISED RELEASE  ( ) PROBATION  FOR A TERM OF 5 years - concurrent to Criminal Case no. 06-00008.

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI. (See judgment)
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
(✓) Fine waived    ( ) Fine in the amount of_____
( ) Restitution in the sum of_____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid   ( ) waived.
The Court departs from the guidelines for the following reasons: those set forth in the PSI.
(✓) Deft. is permitted to self-report. ( ) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
( ) Motion to dismiss remaining counts is granted.
(✓) Court recommends incarceration at West Coast Facility.
(✓) Defendant advised of right to appeal.
OTHER: Agent Paul A. Huffich, Rose Marie Camacho sworn and testify.
The Court impose 200 hours of community service.
Government's motion for substantial assistance - Granted.
Defense counsel's motion to allow telephonic testimony is moot.