LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO DISMISS COUNT VI** |
| vs. ) | **OF THE SECOND SUPERSEDING** |
| ) | **INDICTMENT** |
| JONATHAN E. CANOVAS, ) | |
| ) | |
| Defendant. ) | |

IT IS SO ORDERED that Count VI of the Second Superseding Indictment in the above case, against defendant, JONATHAN E. CANOVAS, is dismissed without prejudice.

Oct. 12, 2006
DATE

John C. Coughenour
District Judge
District Court of Guam