UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>JONATHAN E. CANOVAS<br>    Defendant. | CRIMINAL CASE NO. 05-00053-005<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Grace D. Flores, in the above-captioned case and requests for the release of the passport held by the Court as the defendant will depart Guam on November 16, 2006 and travel to California to surrender for service of his sentence.

Dated this 9th day of November 2006.

                GRACE D. FLORES
                U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Grace D. Flores, the Clerk of Court is hereby ordered to release the passport to the defendant, Jonathan E. Canovas.

Dated this ___13th___ day of November, 2006.

                FRANCES TYDINGCO-GATEWOOD
                Chief Judge
                United States District Court, District of Guam

RECEIVED
NOV - 9 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM