# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Grace D. Flores, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          ☒ **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **January 3, 2006** | Date: | **November 21, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.** **Magistrate Judge** | By: | **John Coughenour** **Designated U.S. District Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **CANOVAS, Jonathan E.** | Case Number: | **USDC CR CS NO. 05-00053-005** |
| Date of Birth: | **XX-XX-1980** | Place of Birth: | **Honolulu, Hawaii - USA** |
| SSN: | **XXX-XX-6813** | | |

**FILED**
**DISTRICT COURT OF GUAM**

**DEC - 7 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date:  **January 3, 2006**  )

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number **120706333** to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☒ Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40, and copy of Judgment and Order to Release Passport enclosed.
Defendant (or representative)